UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYRON HOPKINS,

                Plaintiff,

-v-

CREDIT ONE BANK AND EQUIFAX INFORMATION SERVICES, LLC,

                Defendants.

23-CV-717 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that plaintiffs have voluntarily dismissed this action with prejudice against Defendant Credit One Bank, with each party to bear its respective attorney's fees. Accordingly, Defendant Credit One Bank is hereby DISMISSED.

    The Court has also been informed that plaintiffs and the remaining defendant, Equifax Information Services, LLC, have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines and conference dates are adjourned *sine die.*

    SO ORDERED.

Dated: March 13, 2023
       New York, New York

                                            J. PAUL OETKEN
                                      United States District Judge